**Appeal Dismissed and Memorandum Opinion filed July 10, 2018.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-18-00254-CV

**BEAUTY BLESSING KPONI D/B/A KC BEAUTY SUPPLY, Appellant**

**V.**

**GOLDEN YEN CORPORATION, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1106654**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed April 4, 2018. The appellate record was complete as of April 18, 2018. Appellant's brief was due May 18, 2018. No brief or motion for extension of time to file the brief was filed.

On May 24, 2018, the court ordered appellant to file a brief by June 18, 2018. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

No brief or motion for extension of time to file the brief has been filed. Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown